1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LUCENT TECHNOLOGIES, INC.,                |   **Civil No:** 06-CV-0684

12                      Plaintiff,             |
     v.                                        |
13                                             |   **ORDER FOR LEAVE TO AMEND**
     MICROSOFT CORP.,                          |   **AND TO ADD PARTY**
14                                             |   **MULTIMEDIA PATENT TRUST**
                       Defendants.             |
15                                             |
     _____|
16                                             |
     MICROSOFT CORP.,                          |
17                                             |
                    Counter Claimant,          |
18                                             |
     v.                                        |
19                                             |
     LUCENT TECHNOLOGIES, INC.,                |
20                                             |
                    Counter Defendant.         |
21                                             |
     _____|
22                                             |

23

24

25        On January 3, 2007, the Court held a status conference with the parties in a related

26   case, 02cv2060.  At that time, the Court was informed that Lucent had created a Delaware

27   Statutory Trust ("the Multimedia Patent Trust") and assigned certain patents to that trust.

28                                                                  Case No.06cv0684

1   Among the patents assigned was U.S. Patent No. 5,227,878 ("the '878 patent") at issue in

2   the instant case..

3       As a result of this new information and its potential effects on the instant case, the

4   Court grants leave to all parties wishing to amend and/or supplement their pleadings with

5   respect to this new issue.  Additionally, the Court grants leave to Lucent to add Multimedia

6   Patent Trust as a party under Fed. R. Civ. P. 25(c).

7       Parties shall have 20 days from the date of this order to amend and/or supplement

8   their pleadings.  Parties shall plead in response to the amended pleadings within 10 days

9   after service of the amended pleadings.

10

11      **IT IS SO ORDERED**.

12

13  DATED:   January 8, 2007

14

15                  Hon. Rudi M. Brewster
                    United States Senior District Judge

16

17

18  cc:  Hon. Cathy Ann Bencivengo
          United States Magistrate Judge

19
        All Counsel of Record

20

21

22

23

24

25

26

27

28                          2                         Case No.06cv0684