David Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

*Additional counsel listed on last page*

COUNSEL FOR COUNTER-DEFENDANT
ALCATEL LUCENT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIMEDIA PATENT TRUST,<br><br>            Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant.<br><br>MICROSOFT CORPORATION,<br><br>            Counter-claimant,<br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br>ALCATEL-LUCENT, and MULTIMEDIA<br>PATENT TRUST,<br>            Counter-defendants. | Case No. 06-CV-0684-H (CAB)<br><br>**ALCATEL LUCENT'S NOTICE OF MOTIONS AND MOTIONS TO EXCLUDE EXPERT TESTIMONY AND MOTIONS *IN LIMINE***<br><br>Date:      April 7, 2008<br>Time:     10:30 a.m.<br>Courtroom: 13<br>Judge:    Hon. Marilyn L. Huff |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that, on April 7, 2008, at 10:30 AM, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn J. Huff of the United States District Court, located at 880 Front Street, San Diego, California, 92101, Counterclaim Defendant Alcatel Lucent will move, and hereby does move, the Court to:

I. Preclude Microsoft from submitting any infringement claims against Alcatel Lucent on the '794 patent or '004 patent to the jury;

II. Preclude presentation of claims not in pretrial order;

III. Preclude argument concerning alleged failure to comply with discovery obligations;

IV. Preclude any references to now-dismissed California Business Code claim against Alcatel Lucent;

V. Preclude expert testimony that contradicts the Court's claim constructions;

VI. Preclude reference to settlement offers or negotiations;

VII. Preclude expert testimony on opinions not included in reports;

VIII. Preclude expert testimony by James Modestino that Alcatel Lucent infringes the '004 and '794 patents;

IX. Unless and until Microsoft presents evidence from which a reasonable jury could find direct infringement, preclude Microsoft from arguing that Alcatel Lucent contributorily infringes the '608, '913, and '794 patents, and the asserted method claims of the '004 patent;

X. Unless and until Microsoft presents evidence from which a reasonable jury could find direct infringement, preclude expert testimony that Alcatel Lucent contributorily infringes the '608, '913, '794, '004, or '971 patents; and

XI. Unless and until Microsoft presents evidence from which a reasonable jury could find infringement activity by Alcatel Lucent in the United States, preclude expert testimony or argument alleging that Alcatel Lucent infringes the '004 and '794 patents.

Alcatel Lucent makes these motions based upon this Notice of Motions and Motions, the Memorandum of Points and Authorities, and the Declaration of Lisa Kelly in Support of Alcatel Lucent's Motions and accompanying exhibits, each of which are concurrently filed herewith, the

1  pleadings, records, and filings in this action, any reply papers that may be filed, and upon such other
2  and further evidence and argument as may be properly presented prior to and at the hearing on the
3  Motions.

4  Dated: March 10, 2008                         By: [signature]
5                                                David Hahn, SBN 125784
                                                  HAHN & ADEMA
6                                                 501 West Broadway, Suite 1600
                                                  San Diego, California 92101-8474
7                                                 Telephone: (619) 235-2100
                                                  Facsimile: (619) 235-2101
8

9                                                 OF COUNSEL:
                                                  Scott F. Partridge (*pro hac vice*)
10                                                Texas Bar No. 00786940
                                                  L. Gene Spears (*pro hac vice*)
11                                                Texas Bar No. 18896350
                                                  Michael A. Hawes (*pro hac vice*)
12                                                Texas Bar No. 24010761
                                                  Lisa C. Kelly (*pro hac vice*)
13                                                Texas Bar No. 24041659
                                                  Bradley Bowling (*pro hac vice*)
14                                                Texas Bar No. 24040555
15                                                BAKER BOTTS L.L.P
                                                  One Shell Plaza
16                                                910 Louisiana
                                                  Houston, Texas 77002
17                                                Telephone: (713) 229-1234
                                                  Facsimile: (713) 229-7987
18                                                scott.partridge@bakerbotts.com
19
                                                  Timothy S. Durst (*pro hac vice*)
20                                                Texas Bar No. 00786924
                                                  Jonathan B. Rubenstein (*pro hac vice*)
21                                                Texas Bar No. 24037403
                                                  BAKER BOTTS L.L.P.
22                                                2001 Ross Avenue
                                                  Dallas, Texas 75201
23                                                Telephone: (214) 953-6522
                                                  Facsimile: (214) 953-4522
24
25                                                Attorneys for Counter-Defendant
26                                                ALCATEL LUCENT
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2008, a copy of the foregoing ALCATEL LUCENT'S NOTICE OF MOTION AND MOTIONS TO EXCLUDE EXPERT TESTIMONY AND MOTIONS *IN LIMINE*, with exhibits, was served on all counsel who have consented to electronic service through the Court's CM/ECF system per Local Civil Rule 5.4, as well as on counsel for Microsoft as follows:

**EMAIL**
0684correspondence@fr.com
burton@fr.com
coolidge@fr.com
hudson@fr.com

Attorneys for *Microsoft Corp.*

*[signature]*
Lisa Kelly