1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., and MULTIMEDIA PATENT TRUST<br><br>                                        Plaintiffs,<br><br>        vs.<br><br>MICROSOFT CORPORATION,<br><br>                                        Defendant.<br>_____<br><br>AND RELATED CLAIMS | CASE NO. 06-CV-0684-H (CAB)<br><br>JUDGMENT |

The jury returned a special verdict in this case on June 4, 2008.  (Doc. No. 851.) On July 8, 2008, the Court entered a memorandum decision regarding the bench trial portion of the case.  (Doc. No. 877.)  On July 23, 2008, the Court rendered a decision on the remaining post-trial motions.  In accordance with these determinations and all relevant proceedings to date,

IT IS ORDERED AND ADJUDGED THAT:

United States Patent Number 5,227,878 (Puri '878)

Microsoft did not infringe claims 13 or 15 of the Puri '878 patent, with respect to the accused products with MPEG-2 and VC-1 decoders.  Claims 13 and 15 of the Puri '878 patent are not invalid due to obviousness.

06cv684

1

<u>United States Patent Number 5,438,433 (Reifman '433)</u>

2   Lucent did not infringe claim 1 of the Reifman '433 patent, with respect to

3   Lucent's AnyPath Messaging System.

4

<u>United States Patent Number 6,339,794 (Bolosky '794)</u>

5   Lucent did not infringe claim 33 of the Bolosky '794 patent, with respect to

6   Lucent's AnyPath Messaging System.  Alcatel Lucent did not infringe claim 33 of the

7   Bolosky '794 patent, with respect to its 8788 Media Resource Platform.

8

<u>United States Patent Number 5,917,499 (Jancke '499)</u>

9   Lucent did not infringe claim 29 of the Jancke '499 patent, with respect to

10   Lucent's Vital Suite product.

11

<u>United States Patent Number 5,977,971 (Guzak '971)</u>

12   Lucent and Alcatel Lucent both infringed claims 2 and 3 of the Guzak '971

13   patent, with respect to Lucent's Vital Suite product, Alcatel Lucent's OmniVista

14   2500/2700 Software, and Alcatel Lucent's 1300 Convergent Network Management

15   Center.  Alcatel Lucent did not infringe claims 2 and 3 of the Guzak '971 patent with

16   respect to its OmniStack 6300 product.  Claims 2 and 3 of the Guzak '971 patent are

17   invalid due to anticipation and obviousness.

18

<u>United States Patent Number 6,565,608 (Fein '608)</u>

19   Lucent did not infringe claim 25 of the Fein '608 patent, with respect to Lucent's

20   Vital Suite product.  Alcatel Lucent did not infringe claim 25 of the Fein '608 patent,

21   with respect to its Air Control System.  Claim 25 of the Fein '608 patent is not invalid

22   due to obviousness.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

/ / /

06cv684

1    <u>Costs and Summary of Liability</u>

2          In summary, no party is entitled to any damages.  Microsoft, Lucent, and Alcatel

3    Lucent each prevailed in defending various infringement claims.  Since the two sides'

4    successes offset each other, the Court exercises its discretion not to award costs to any

5    party.

6          IT IS SO ORDERED.

7    Dated: July 23, 2008

8    _____
     MARILYN L. HUFF, District Judge

9    UNITED STATES DISTRICT COURT

     COPIES TO:
10   All parties of record.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28