UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



W. Samuel Hamrick, Jr.
Clerk of Court

**2008-1531**

To:   Clerk, U.S. Court of Appeals, Federal Circuit

**Re:**   **USCA No:**
        **USDC No:**   06cv684-H
        **Lucent Technologies et al v. Microsoft Corporation**

Clerk, U.S. Court of Appeals, Federal Circuit, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | |
| | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in         set(s) of         volume(s). | | |
| | Reporter's transcript's transcripts in         set(s) of         volume(s). | | |
| | Exhibits in         envelope(s)         box(es)         folders(s) | | |
| x | Judgement Order | | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| x | Order on Motions for Judgment as a Matter of Law or New Trial, Regarding Patent Numbers...., entered 7/23/2008; Order and Memorandum Decision Regarding Bench Trial for United States Patent No. 6,339,794, entered 7/8/2008 | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Date:   8/18/2008

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2008

IAN HORBALY
CLERK

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
By: A Rowland
Angela Rowland, **Deputy**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2008-1531 - LUCENT TECH V MICROSOFT

**Date of docketing:** 08/22/2008

**Appeal from:** United States District Court / Southern District of California
case no. 06-CV-0684

**Appellant(s):** Microsoft Corporation

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Southern District of California
John E. Gartman
John M. Desmarais