# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: September 8, 2008

Official Caption[1]

2008-1531, -1552, -1553, -1565

LUCENT TECHNOLOGIES, INC.

   Plaintiff/Counterclaim Defendant-Cross Appellant,

and

MULTIMEDIA PATENT TRUST,

   Plaintiff/Counterclaim Defendant-Cross Appellant,

and

ALCATEL-LUCENT,

   Counterclaim Defendant-Cross Appellant,

v.

MICROSOFT CORPORATION,

   Defendant/Counterclaimant-Appellant.

Appeals from the United States District Court for the Southern District of California in case no. 06-CV-0684, Judge Marilyn L. Huff.

Authorized Abbreviated Caption[2]

LUCENT TECH v MICROSOFT, 2008-1531, -1552, -1553, -1565

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.