1-7-09

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1531, -1552, -1553, -1565

LUCENT TECHNOLOGIES, INC.

> Plaintiff/Counterclaim Defendant-Cross
> Appellant,

and

MULTIMEDIA PATENT TRUST,

> Plaintiff/Counterclaim Defendant,

and

ALCATEL-LUCENT,

> Counterclaim Defendant-Cross
> Appellant,

v.

MICROSOFT CORPORATION,

> Defendant/Counterclaimant-Appellant.

Appeals from the United States District Court for the Southern District of California in case no. 06-CV-0684, Judge Marilyn L. Huff.

ON MOTION

## O R D E R

Lucent Technologies, Inc., Alcatel-Lucent, and Microsoft Corporation move jointly to voluntarily dismiss the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

FILED

JAN 0 8 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

(1)    The motion to dismiss is granted.[*]

(2)    All sides shall bear their own costs.

FOR THE COURT

JAN 5 2009
_____
Date

Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 05 2009

**JAN HORBALY**
**CLERK**

CC:   Robert A. Appleby, Esq.
      Scott Partridge, Esq.
      John Gartman, Esq.

s17

ISSUED AS A MANDATE: JAN 5 2009 _____

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 1/5/09

_____
[*]    The parties request that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.

2008-1531 et al.             2